UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICKEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>A. SKEELS,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:03-CV-5006-REC-SMS-P<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR A PROTECTIVE ORDER, AND STAYING DISCOVERY PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT<br><br>(Doc. 36) |

　　　　Plaintiff James Mickey ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding on plaintiff's amended complaint against defendant Skeels ("defendant"), a federal agent, for depriving him of his property without due process of law. On July 29, 2005, defendant filed a motion seeking a protective order shielding her from having to respond to plaintiff's discovery requests served on June 29, 2005, and staying discovery pending resolution of her motion for summary judgment. Plaintiff did not file a response to the motion.

　　　　"Upon motion by a party or by the person from whom discovery is sought . . . , and for good cause shown, the court . . . may make any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense . . . ." Fed. R. Civ. P. 26(c). Defendant filed a motion to dismiss or in the alternative for summary judgment on June 27, 2005. Plaintiff sought to continue the motion pending further discovery, Fed. R. Civ. P. 56(f), but

his motion was denied by the court on August 16, 2005.  In light of plaintiff's failure to oppose the motion and plaintiff's previous unsuccessful attempt to continue the motion pending further discovery, and based on a review of defendant's pending motion to dismiss or for summary judgment, the court finds good cause for granting defendant's motion for a protective order.  See <u>Wood v. McEwen</u>, 644 F2d. 797, 801-02 (9th Cir. 1981).

   Accordingly, it is HEREBY ORDERED that:

   1. Defendant's motion for a protective order, filed July 29, 2005, is GRANTED;

   2. Defendant is shielding from having to respond to plaintiff's discovery requests served on June 29, 2005; and

   3. Discovery is stayed pending resolution of defendant's motion to dismiss or for summary judgment.

IT IS SO ORDERED.

**Dated: September 20, 2005**     /s/ Sandra M. Snyder
icido3             UNITED STATES MAGISTRATE JUDGE