UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES MICKEY, | ) | 1:03-CV-5006 REC SMS P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | |
| | ) | (DOCUMENT #40) |
| v. | ) | |
| | ) | |
| A. SKEELS,, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On September 9, 2005, plaintiff filed a motion to extend time to file an opposition to defendant's motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file an opposition to defendant's motion for summary judgment.

IT IS SO ORDERED.

**Dated:   October 4, 2005**            /s/ Sandra M. Snyder
i0d3h8                        UNITED STATES MAGISTRATE JUDGE