# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF

| | |
|---|---|
| JAMES MICKEY,<br><br>　　　　Plaintiff - Appellant,<br><br>v.<br><br>A. SKEELS; et al.,<br><br>　　　　Defendants - Appellees. | No.  06-15350<br>D.C. No.  CV-03-05006-REC<br><br>**ORDER** |

This appeal has been taken in good faith　[X]

This appeal is not taken in good faith　　[ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: March 17, 06