# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMES MICKEY,                                  CASE NO. 1:03-cv-05006-REC-SMS PC

                     Plaintiff,                ORDER DENYING MOTION, WITH
                                               PREJUDICE

        v.                                     (Doc. 60)

A. SKEELS,

                     Defendant.
_____/

        On July 7, 2008, Plaintiff James Mickey filed a motion seeking an order requiring Defendant

Skeels to return his personal property.

        Summary judgment was granted in favor of Defendant Skeels on January 30, 2006, and the

United States Court of Appeals for the Ninth Circuit affirmed this Court's judgment on March 24,

2008. There is no longer a case or controversy pending before this Court and Plaintiff is not entitled

to seek any further relief from the Court in this action. See e.g., Davis v. Federal Election Com'n,

128 S.Ct. 2759, 2768 (2008). Plaintiff's motion is HEREBY DENIED, with prejudice.

IT IS SO ORDERED.

**Dated:    July 21, 2008            ** _____/s/ Sandra M. Snyder_____
                                        UNITED STATES MAGISTRATE JUDGE

1